**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**FILED**
February 28, 2020

Lyle W. Cayce
Clerk

No. 19-40723
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

EDGAR OTTONEL VANEGAS,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:19-CR-419-1

Before STEWART, DENNIS, and HO, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Edgar Ottonel
Vanegas has moved for leave to withdraw and has filed a brief in accordance
with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632
F.3d 229 (5th Cir. 2011). Vanegas has not filed a response. We have reviewed
counsel's brief and the relevant portions of the record reflected therein. We
concur with counsel's assessment that the appeal presents no nonfrivolous

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 19-40723

issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.